WIMBURN *et al. v.* FISKE.

LUMPKIN, J.  There being conflicting evidence, and the verdict not being required thereby, the first grant of a new trial will not be reversed. Civil Code, § 6204.    *Judgment affirmed.  All the Justices concur.*
JUNE 13, 1913.

Complaint.  Before Judge Hammond.  Richmond superior court. March 9, 1912.

*Isaac S. Peebles Jr.,* for plaintiffs in error.
*George T. Jackson,* contra.